IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JULIJANA PREST,**

    **Plaintiff,**

v.                                                     Case No. 1:23-cv-23-AW-ZCB

**EDWARD BUDNICK, JR., and
MELISSA NASH,**

    **Defendants.**

_____/

## **JUDGMENT**

Based on the parties' settlement, the case is dismissed.

                                                          JESSICA J. LYUBLANOVITS
                                                          CLERK OF COURT

<u>August 3, 2023</u>                                         <u>s/ KELLI MALU</u>
Date                                                           Deputy Clerk: Kelli Malu